# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141819 & (58)(62)

ACE AMERICAN INSURANCE COMPANY,
      Plaintiff-Appellant,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
      Defendant-Appellee.

SC: 141819
COA: 292539
Oakland CC: 2008-091278-CZ

_____/

On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the June 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

p0131

_____
Clerk